UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANTHONY HICKEY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No.: 3:20-CV-186-PLR-DCP |
| | ) |
| TROUSDALE CORRECTIONAL | ) |
| COMPLEX, WASHBURN, CUDE, LT. | ) |
| PORTER, CAPTAIN MCVAY, | ) |
| SERGEANT HAWKINS, SERGEANT | ) |
| GENT, SERGEANT MELLA, CHIEF | ) |
| WHATENBURG, SERGEANT | ) |
| RIBBONS, MR. BROWN, and | ) |
| INTERNAL AFFAIRS, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Court is in receipt of a pro se prisoner's civil rights complaint under 42 U.S.C. § 1983 [Doc. 2], and a motion for leave to proceed *in forma pauperis* [Doc. 1].

Plaintiff's complaint is against the Trousdale Turner Correctional Complex and staff employed at the facility [*See* Doc. 2]. The general venue statute for federal district courts provides in relevant part, as follows:

> A civil action may be brought in—(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). A federal district court may transfer a civil action to any district or division where it could have been filed originally "in the interest of justice." 28 U.S.C. § 1406(a).

Trousdale Turner Correctional Complex is located in Trousdale County, Tennessee. Trousdale County lies within the Nashville Division of the Middle District of Tennessee. *See* 28 U.S.C. § 123(b). The Court therefore concludes that the proper venue for this case is the Nashville Division of the Middle District of Tennessee.

Accordingly, the Clerk will be **DIRECTED** to transfer this action to the Nashville Division of the Middle District of Tennessee and **CLOSE** this Court's file.

**SO ORDERED**.

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**